UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERITAS AG and
VERITAS THURINGEN GMBH,

        Plaintiffs,

v.

GENERAL MOTORS LLC,

        Defendants.

_____/

Case No. 2:23-cv-13312

Honorable Susan K. DeClercq
United States District Judge

**ORDER GRANTING IN PART MOTION TO WITHDRAW AS
PLAINTIFFS' COUNSEL AND DIRECTING PLAINTIFFS TO SHOW
CAUSE WHY CASE SHOULD NOT BE DISMISSED**

Plaintiffs' counsel, the Miller Law Firm, "represents and certifies to the Court that good grounds for withdrawal exist under one or more of the grounds specified in Michigan Rule of Professional Conduct 1.16." ECF No. 18 at PageID.414.

Upon review, the motion to withdraw will be granted. This, however, leaves Plaintiffs as a German corporation and a German LLC proceeding in federal court without an attorney, which is not permitted. *Olagues v. Timken*, 908 F.3d 200, 203 (6th Cir. 2018) ("[U]nder longstanding tradition, a corporation can only appear by an attorney." (quotation marks omitted) (quoting *Bass v. Leatherwood*, 788 F.3d 228, 230 (6th Cir. 2015))); *accord SEC v. Merklinger*, 489 F. App'x 937, 939–40

(6th Cir. 2012) (citing *Taylor Steel, Inc. v. Keeton*, 417 F.3d 598, 603 (6th Cir. 2005)). Plaintiffs must retain new counsel to continue.

Accordingly, it is **ORDERED** that Plaintiffs' Counsel's Motion to Withdraw, ECF No. 18, is **GRANTED IN PART** to the extent that it seeks withdrawal of counsel and **DENIED IN PART** in all other respects.

Further, it is **ORDERED** that, **on or before May 31, 2024**, Plaintiffs are **DIRECTED** to have new counsel file an appearance in the case or to show cause in writing why the case should not be dismissed for lack of attorney representation. If Plaintiffs fail their obligations, the case will be dismissed under Civil Rule 41(b).

Further, it is **ORDERED** that the Scheduling Conference currently set for May 21, 2024, at 10:30 AM ET is **CANCELED**. It will be rescheduled following Plaintiff's response to the Order to Show Cause.

Further, it is **ORDERED** that Plaintiffs' current counsel is **DIRECTED** to serve a copy of this order on Plaintiffs in full compliance with Civil Rule 4(h) and Michigan Court Rule 2.105(D).

Further, it is **ORDERED** that the Miller Law Firm is **WITHDRAWN** as Plaintiffs' counsel and will no longer receive notifications for this case.

**This order does not close the above-captioned case**.

Dated: 4/9/2024                    */s/Susan K. DeClercq*
                                   SUSAN K. DeCLERCQ
                                   United States District Judge

- 2 -